IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL KIRCHER and ROBERT BROCKWAY,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

PUTNAM FUNDS TRUST, a business trust,
PUTNAM INVESTMENT MANAGEMENT, LLC,
EVERGREEN INTERNATIONAL TRUST, a business
trust, and EVERGREEN INVESTMENT
MANAGEMENT COMPANY, LLC,

Defendants.                                          No. 03-CV-0691-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

Pursuant to the Seventh Circuit's Mandate (Doc. 43), as stated in ***In re Mutual Fund Market-Timing Litigation*, 2006 WL 2935316, 2006 U.S. App. LEXIS 25660 (7th Cir. Oct. 16, 2006)**, whereby the Seventh Circuit vacated this Court's judgment dismissing the case with prejudice (Doc. 33), the Court hereby **REMANDS** the entire case[1] back to the Circuit Court of Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

/s/        David RHerndon
**United States District Judge**

---

[1] The Seventh Circuit assigned the following appeal numbers to this matter: 04-1495 and 05-3389.